UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE GHOUNEIM,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES,

                Defendant.

1:19-CV-4862 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 28, 2020, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 3.)

Dated:    January 28, 2020
           New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge